1998R01701

                         UNITED STATES DISTRICT COURT
                            DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 99-467 |
| LUIS DELGADO | : | ORDER FOR DISMISSAL |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 99-467, against defendant Luis Delgado, which Indictment was filed on August 19, 1999, charging the defendant with a violation of Title 21, United States Code, Section 846, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

      This dismissal is without prejudice.

                                      _____
                                      PAUL J. FISHMAN
                                      United States Attorney

      Leave of Court is granted for the filing of the foregoing dismissal.

                                      _____
                                      HON. WILLIAM H. WALLS
                                      United States District Judge

Dated: